UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Victor Plastics, Inc.,<br><br>       Debtor. | Chapter 7<br><br>Bky. Case No. 08-40171-DDO |
| Julia A. Christians, Trustee for the<br>Bankruptcy Estate of Victor Plastics, Inc.,<br><br>       Plaintiff,<br><br>  vs.<br><br>Ashland, Inc.,<br><br>       Defendant. | Adv. No. 10-4002 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above-captioned adversary proceeding having been settled with the Court's approval by Order dated May 11, 2010, it is hereby stipulated and agreed by and between the parties, through their respective undersigned counsel, that the same may be DISMISSED WITH PREJUDICE AND UPON THE MERITS and without attorney's fees, costs, or disbursements to any party.

[*signature page to follow*]

Dated: May 11, 2010     LAPP, LIBRA, THOMSON, STOEBNER
           & PUSCH, CHARTERED

           BY:   /e/ Tyler D. Candee
            Julia A. Christians (#157867)
            Tyler D. Candee (#0386598)
          One Financial Plaza, Suite 2500
          120 South 6th Street
          Minneapolis, MN 55402
          T (612) 338-5815
          F (612) 338-6651
          jchristians@lapplibra.com
          tcandee@lapplibra.com

**ATTORNEYS FOR PLAINTIFF**
**JULIA A. CHRISTIANS, TRUSTEE**

Dated: May 26, 2010     By: _/s/ James A. Lodoen_

James A. Lodoen (#173605)
**LINDQUIST & VENNUM PLLP**
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
T (612) 371-3211
F (612) 371-3027
jlodoen@lindquist.com

Reginald W. Jackson (OH # 0022885)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street
PO Box 1008
Columbus, OH 43216-1008
T (614) 464-5621
F (612) 464-6350
rwjackson@vorys.com

**ATTORNEYS FOR DEFENDANT**

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Chapter 7

In re:

Bky. Case No. 08-40171-DDO

Victor Plastics, Inc.,

    Debtor.

---

Julia A. Christians, Trustee for the
Bankruptcy Estate of Victor Plastics, Inc.,

Adv. No. 10-4002

    Plaintiff,

vs.

Ashland, Inc.,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

This adversary proceeding came before the undersigned United States Bankruptcy Judge upon the Stipulation for Dismissal With Prejudice agreed to by and between Plaintiff Julia A. Christians, Trustee, and Defendant Ashland, Inc. Based upon the Stipulation, the files and records herein, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. The Stipulation is hereby approved; and

2. The above-captioned matter is hereby DISMISSED WITH PREJUDICE AND UPON THE MERITS and without award of attorneys' fees and costs to any party.

Dated:

    Dennis D. O'Brien
    United States Bankruptcy Judge